IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) No. 05-6018-01-CR-SJ-SOW ) |
| AARON M. EDDY, | ) ) |
| Defendant. | ) |

ORDER

Before the Court are defendant Aaron Eddy's Motion to Dismiss (Doc. #27) and the Government's Suggestions in Opposition to Defendant's Motion to Dismiss.

Defendant Aaron Eddy is charged with violations of 18 U.S.C. §2422(b) and 18 U.S.C. §2423(b). Defendant argues that since the person he is alleged to have communicated with is a law enforcement officer who purported to be a female minor under the age of 18, but who is not in fact a minor, he cannot be convicted of violating 18 U.S.C. §2422(b) and 18 U.S.C. §2423(b).

The United States Court of Appeals for the Eighth Circuit rejected this argument in United States v. Helder, 452 F.3d 751 (8th Cir. 2006). The government has adequately stated a valid cause of action in both counts of the indictment.

Accordingly, it is hereby

ORDERED that defendant Aaron Eddy's Motion to Dismiss (Doc. #27) is denied.

           ____/s/ Scott O. Wright_____
           SCOTT O. WRIGHT
           Senior United States District Judge

Dated: __8/7/2006_____